

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00137-CR

**WILL STEINMANN,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D35282-CR

## O R D E R

The Court received appellant's brief in hard copy form only on October 19, 2016. The cover of the brief contained the statement, "BRIEF IS SEALED BY ORDER OF THE COURT." This Court was unable to find any order by any court ordering the sealing of appellant's brief. This Court did not issue a sealing order. There was no written trial court sealing order contained in the clerk's record. Further, after a limited review of the ten volume reporter's record, the Court was unable to locate any verbal order of the trial court sealing appellant's brief. However, when the Court requested to be directed to the

sealing order, a brief was electronically filed on October 31, 2016; but it was not filed under seal.

Because the brief has been filed, there is no need to grant a motion for extension of time to file it. Accordingly, appellant's motion for extension of time to file appellant's brief dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed as moot
Order issued and filed November 16, 2016

